AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CASE NO. 4:14CR00083 BSM |
| TIFFANY E. TUCKER | ) | |
| | ) | |
| Defendant | ) | |

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
**FILED**
APR 21 2014
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK
IN OPEN COURT

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/16/2014

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Chad Green
*Printed name of defendant's attorney*

_____
*Judge's signature*

Honorable Brian S. Miller, US District Judge
*Judge's printed name and title*