U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
APR 2 1 2014
JAMES W. McCORMACK, CLERK
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN OPEN COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:14CR000083 BSM |
| v. | ) | |
| | ) | |
| TIFFANY E. TUCKER | ) | 18 U.S.C. § 1343 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNTS 1

AT ALL TIMES MATERIAL TO THIS INDICTMENT:

#### A. INTRODUCTION

1.      Autumn Roads Family Practice ("Autumn Roads") was a doctor's office.

2.      TIFFANY TUCKER worked as Autumn Roads' accounting and human resources director. In these positions, TIFFANY TUCKER had access Autumn Roads' accounting system.

#### B. THE WIRE FRAUD CHARGE

From on or about October 1, 2008 until on or about May 30, 2010, in the Eastern District of Arkansas, TIFFANY TUCKER, devised a scheme to defraud and for obtaining money from Autumn Roads by means of false and fraudulent pretenses and representations.

#### C. THE WIRE FRAUD SCHEME AND ARTIFICE

As a part of TIFFANY TUCKER's wire fraud scheme, TIFFANY TUCKER utilized Autumn Roads' accounting system to disburse electronic payments for her personal credit card expenses, which she represented to be business-related expenses. Autumn Roads did not authorize any payments for TIFFANY TUCKER's personal expenses.

## D. THE WIRES

On or about the following dates, in the Eastern District of Arkansas, the defendant, TIFFANY TUCKER, having devised and participated in the above-described scheme to obtain money by means of false and fraudulent pretenses and representations, for the purposes of executing and in order to effect the scheme, knowingly caused the following wire:

| Count | Date | Wired From | Wired To |
|-------|------|------------|----------|
| 1 | July 8, 2009 | Little Rock, Arkansas | Charlotte, North Carolina |

All in violation of Title 18, United States Code, Section 1343.

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

By: _____

CAMERON C. McCREE (2007148)
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2624
Cameron.McCree@usdoj.gov