IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Date: Monday, April 21, 2014

UNITED STATES OF AMERICA
    Represented by Cameron McCree

Judge Brian S. Miller
Court Reporter: Genie Power
Clerk: Betty Tyree
USPO: Audrene Ellis

vs.     Case 4:14cr00083-01 BSM

TIFFANY E. TUCKER
    Represented by Chad Green

## CLERK'S MINUTES - Waiver and Plea to Information

Time began: 11:35 a.m.

    The defendant appeared with counsel for Waiver of Indictment and Plea to Information

    Defendant sworn. Defendant advised of rights.

    Waiver of Indictment executed and filed.

    Information filed.

    Defendant further advised of rights and use of guidelines in determining sentence to be imposed.

    Plea Agreement filed.

    Plea Agreement Addendum filed **under seal**.

    Statement of statutory penalties and facts of case by AUSA

    Guilty Plea to Count 1 of the Information entered by the defendant and accepted by the Court.

    PSR ordered.

    Sentence date to be scheduled by separate notice.

    Bond papers executed.

    Defendant released on O/R bond.

Time end: 11:57 a.m.
Time in court: 22 minutes