IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs                  CASE NO. 4:14CR00083-01 BSM

TIFFANY E. TUCKER                                         DEFENDANT

## AMENDED JUDGMENT

The judgment entered on January 21, 2015, [Doc. No. 15] is amended to correct an oversight. During supervised release, Tucker is required to pay restitution to Autumn Road Family Practice in the amount of ten percent of her gross monthly income.

The remaining portions of the judgment will remain in full force and effect. The clerk is directed to provide a copy of this order to the Financial Section of the Clerk's Office, United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 23rd day of January 2015.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE