IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

vs                 CASE NO. 4:14CR00083-01 BSM

TIFFANY E. TUCKER                                                DEFENDANT

## SECOND AMENDED JUDGMENT

The January 21, 2015, judgment [Doc. No. 15] and amended judgment [Doc. No. 17] are amended to correct Tiffany Tucker's term of supervised release. Upon release from imprisonment, Tucker shall be on supervised release for a term of two (2) years.

The remaining portions of the judgment and amended judgment will remain in full force and effect. The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 12th day of February 2015.

                                                               UNITED STATES DISTRICT JUDGE