PROB 12B
ED/AR (12/2012)

United States District Court

for the

Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 18 2016

JAMES W. McCORMACK, CLERK
By: _____
                                DEP CLERK

Request for Modifying the Conditions or Term of Supervision
With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Tiffany E. Tucker | Case Number: | 0860 4:14CR00083-001 |
| Name of Sentencing Judicial Officer: | Honorable Brian S. Miller<br>Chief United States District Judge | | |
| Original Offense: | Wire Fraud | | |
| Date of Sentence: | January 16, 2015 | | |
| Original Sentence: | 6 months Bureau of Prisons followed by 24 months supervised release | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | August 31, 2015 |
| | | Date Supervision Expires: | August 30, 2017 |
| U. S. Probation Officer: Emilienne Ngampa | | Asst. U.S. Attorney: Cameron Charles McCree | Defense Attorney: To be appointed |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

The defendant will pay restitution in the amount of not less than $200 a month.

## CAUSE

The defendant began self-employment in January 2016. She reports suffering from Attention Deficit Disorder (ADD) and is under the care of Dr. Derek Bryant, M.D., in Bryant, Arkansas. The defendant reports that this condition interferes with her ability to stay organize and maintain good financial records. This modification was discussed with Assistant Federal Public Defender Molly Sullivan on March 3, 2016.

Emilienne Ngampa
U.S. Probation Officer

Date: March 8, 2016

Cameron Charles McCree
Assistant U.S. Attorney

Date: March 14, 2016

Prob 12B                          - 2 -                    Request for Modifying the
                                                          Conditions or Term of Supervision
                                                          With Consent of the Offender

Name of Offender: Tiffany E. Tucker          Case Number: 0860 4:14CR00083-001

Approved by:

*(signature)*
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

*(signature)*
Signature of Judicial Officer

3-12-16
Date

c:
   Assistant U.S. Attorney, Cameron Charles McCree

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will pay restitution in the amount of not less than $200 a month.**

Witness _____ Signed _____
(U.S. Probation Officer)                (Probationer or Supervised Releasee)

03/08/2016
(Date)

3-11-2016