UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) NO. 4:14CR00083-001 BSM | |
| | ) | |
| TIFFANY E. TUCKER | ) | |

## PARTIAL RELEASE OF LIEN

The United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Stacey E. McCord, Assistant United States Attorney for the said district, and for its Partial Release of Lien against the defendant, states:

1. The defendant was ordered to pay a $100 special assessment and restitution in the amount of $77,479.30 in the Judgment and Commitment Order filed January 16, 2015.

2. The United States filed a Notice of Lien on February 11, 2015 in the Saline County Clerk's Office as Book I I, Page 251.

3. In exchange for receiving the seller's proceeds from the sale of property, the United States hereby partially releases the lien on the following real property lying in Saline County only:

The following described land in Saline County, Arkansas, to-wit:

Lot 105, Oak Glenn Subdivision, Phase I, an addition to the City of Bryant, Saline County, Arkansas.

More commonly known: 1185 Oak Glenn Loop, Bryant, AR 72022.

4. This Partial Release applies to no other property or assets of Tiffany Tucker.

Respectfully Submitted,

CODY HILAND
United States Attorney

/s/ Stacey E. McCord

By: Stacey E. McCord,
Assistant U.S. Attorney
AR BAR Number 87114
Attorney for the United States
P.O. Box 1229
Little Rock, AR 72203
Telephone: 501-340-2630
E-mail: stacey.mccord@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was delivered by U.S. Mail, postage prepaid, on the 13th day of June, 2018 to the following:

Tiffany E. Tucker
1185 Oak Glenn Loop
Bryant, AR 72022

/s/ Stacey E. McCord

Stacey E. McCord
Assistant U.S. Attorney